## El Pueblo v. Ramsey et al.

### Apelación procedente de la Corte de Distrito

### de San Juan.

No. 21.   Resuelto en Febrero 25, 1905.

Juegos prohibidos.—Acusación.—Juego de banca ó de tanto por ciento.— Formulada una acusación por el delito de jugar *á los dados con dinero,* previsto en el art. 299 del Código Penal, es necesario que en ella se exprese que el juego á que dicha acusación se contrae, es un juego de *banca ó de tanto por ciento, (banking or percentage game* \*), pues de lo contrario en la acusación no se imputará ningún delito previsto en dicho artículo.

Id.—Jugar á los dados con dinero.—La circunstancia de que los acusados estuvieren jugando á los dados *con dinero,* no es suficiente para estimar que el *juego es de banca ó de tanto por ciento.*

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Falcón.*

Abogado del apelado: *Sr. Rossy,* Fiscal.

*El Juez Asociado* Sr. Wolf, emitió la siguiente opinión del tribunal.

El presente es un recurso de apelación interpuesto contra sentencia condenatoria de la Corte de Distrito de San Juan, por tomar parte en juegos prohibidos por el artículo 299 del Código Penal.

La acusación á la letra dice:

"Los citados J. T. Ramsey, R. Blumbey, J. Bean, y A. S. Stevens, el día 27 de Abril de mil novecientos cuatro, y en el café Yzzy de Isaac Sach, sito en la calle de San Justo No. 1 de esta Capital, correspondiente al Distrito Judicial de San Juan, fueron sorprendidos por la Policía en los momentos en que se encontraban jugando á los dados con dinero que fué ocupado por dicha Policía, así como también los dados de que se servían para llevar á cabo la jugada.—Este hecho es contrario á la ley para tal caso prevista y á la paz y dignidad de "El Pueblo de Puerto Rico".—(Firmado) Jesús M. Rossy".

---

(\*)   En la traducción del Código Penal, en el art. 299, la frase *banking or percentage game* ha sido erróneamente traducida, como sigue: juego de banca ó de *interés.*

Contra esta acusación los demandados presentaron una excepción previa fundada sustancialmente en el hecho de que en dicha acusación no se había consignado violación alguna de la ley pero el Tribunal desestimó dicha excepción previa y los demandados presentaron una objeción contra dicha resolución.

Las pruebas presentadas en el juicio son las siguientes:

Testigos de cargo.  Manuel Vargas, P. I.

"Que supo que en casa de Mr Yzzy se jugaba y por una persiana vió era cierto y fué en busca de otros compañeros; cuando volvieron y entraron en el local, unos huyeron y lograron coger á los acusados; ocupó dos dollars cuarenta centavos en dinero y un par de dados; que á los cuatro acusados los vió al rededor de la mesa en que se jugaba; que la mesa era de billar.

A preguntas de la defensa dice: que había cuatro ó seis más jugando que se dieron á la fuga; no puede determinar quien era el que dirigía el juego; que la parte en que jugaban es un sitio público del café."

Francisco López, P. I.

"Dice que fué llamado por Vargas para sorprender una jugada en casa de Mr. Yzzy; que fueron á dicha casa y en el segundo Salón había un grupo al rededor de una mesa de billar los que al ver á los que llegaban trataron de huir pudiendo detener á algunos, que ocuparon la suma de dos dollars cuarenta centavos, que era una parte del dinero con que jugaban, y un par de dados.

A preguntas de la defensa dice: que había algunos marinos entre los que jugaban, que lograron huir; que los dos dollars cuarenta centavos estaban regados en la mesa; que no encontraron dificultad en encontrar el local; que dicho sitio es un café Billar."

Ceferino Ferrer.

"Dice que estando parado frente á la puerta del café de Yzzy vió salir unos marinos y paisanos de prisa, y luego salieron la Policía con los acusados; no sabe nada respecto á lo que hacían allí dentro."

y los siguientes hechos fueron relacionados por la Corte como probados:

"J. T. Ramsey, R. Blumbey, J. Bean y A. S. Stevens el 27 de Abril de 1904 y en el café Izzy de Isaac Sach, sito en la calle de San José No. 1 de esta Ciudad, fueron sorprendidos por la Policía en los momentos en que se encontraban jugando á los dados con dinero que fué ocupado por dicha Policía, así como también los dados con que se jugaba."

El artículo 299 del Código Penal, después de enumerar un número especificado de juegos que se prohiben específicamente prohibe la jugada de cualquier juego de banca ó interés, jugado con barajas, dados ó de cualquier otra clase, por dinero, cheques, crédito ó fichas representando valores.

Dicho artículo es copia sustancial del 330 del Código Penal de California, y la causa 'de "El Pueblo con Gosset, en 93 California página 641, y la de El Pueblo con Carroll, 80 California página 153, explican lo que es un juego de banca ó interés, é indican el cuidado con que debe formularse una acusación de esta índole, y demuestran también lo que es necesario para acusar una persona de haber tomado parte en alguno de los juegos específicos que se han enumerado ó el haber jugado un juego de banca ó interés.

La acusación no dice que se jugaba un juego de "banca ó interés", y nosotros creemos que la excepción tomada por los demandados es válida. Sin embargo, aún en el caso de que la acusación fuera buena, no existe prueba alguna que muestre que los demandados, aunque jugaban á los dados y con dinero, jugaban un juego de banca ó interés.

Por estas razones esta Corte es de opinión que no fué acusada ni probada ofensa alguna contra los demanda-

dos, y que debe revocarse la sentencia de la Corte de Distrito de San Juan.

*Revocada.*

Jueces concurrentes: Sres. Presidente, Quiñones, y Asociados, Hernández, Figueras y MacLeary.